IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 26-cr-1005-LTS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES HAMMERAND, | ) | |
| | ) | |
| Defendant. | ) | |

Unresisted Motion to Extend Deadline for Filing Pretrial Motions

The defense files this motion to extend the deadline for filing pretrial motions by fourteen days. The government does not resist the motion.

As background, the defendant was arraigned and made his initial court appearance on April 21, 2026. The defendant is charged in a four-count indictment alleging various drug felonies.

The Court set May 19, 2026, as the deadline for filing pretrial motions. The undersigned has been on the case for approximately four weeks. The undersigned needs additional time in which to review discovery, which includes materials over a several year period.

The government, through AUSA Adam Vander Stoep, has no objection to this motion to extend. The defendant has made no prior motions to extend the filing deadline.

WHEREFORE, the defendant respectfully requests the deadline for filing pretrial motions be extended by 14 days, up to and including June 2, 2026.

/s/ Raphael M. Scheetz
Raphael M. Scheetz
425 2nd Street S.E.
Suite 1010
Cedar Rapids, Iowa 52401
319-378-7416
scheetzlaw@aol.com
ATTORNEY FOR DEFENDANT