**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>JAMES HAMMERAND,<br><br>Defendant(s). | Case No. 26-cr-1005-LTS<br><br>UNRESISTED<br>MOTION TO CONTINUE TRIAL |

Defendant James Hammerand respectfully moves to continue his trial which is currently scheduled to commence on June 15, 2026. The defense requests a continuance of approximately 60 days.

This is the defendant's first request to continue his trial date. The government, through AUSA Adam Vander Stoep, has no objection to this motion to continue.

The defendant is charged in a four-count Indictment alleging that he committed various drug related felonies. Additional time is requested by the defense in order to fully review the discovery in the case and adequately prepare for a possible trial.

WHEREFORE, the defense respectfully moves to continue his trial from June 15, 2026, by approximately sixty (60) days.

Respectfully submitted,

/s/ Raphael M. Scheetz

Raphael M. Scheetz
425 2nd Street S.E.
Suite 1010
Cedar Rapids, Iowa 52401
319-378-7416
scheetzlaw@aol.com
ATTORNEY FOR DEFENDANT