# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JAMES HAMMERAND,<br>Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 2:26-cr-1005-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Karen S Yorgensen<br>Official Court Record: FTR Gold Contract? --<br>Contact Information: -- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 8/5/2026 | Start: | 9:59 AM | Adjourn: | 10:19 AM | Courtroom: | 3 |

| | | | | | |
|---|---|---|---|---|---|
| Recesses: | -- | Time in Chambers: | -- | Telephonic? | No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff(s): | AUSA Adam Vander Stoep | | | | | | |
| | Defendant(s): | Ray Scheetz (Defendant appears personally) | | | | | | |
| | U.S. Probation: | -- | | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No |

| | | | | |
|---|---|---|---|---|
| Defendant pleaded GUILTY to count(s): | 3 of the indictment | | | |
| Defendant is | X | Detained | | Released |
| **Witness/Exhibit List is** | Government Exhibit 1 (plea agreement) received without objection | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

Court places Defendant under oath.

Defendant is competent and understands the charges.

Defendant knows that there is an adequate factual basis, knows the minimum and maximum penalties, and knows his rights to a jury trial and voluntarily waives those rights.

Defendant's pleas of guilty are voluntary.

Court finds that the Defendant should be adjudged guilty of count 3 of the indictment based upon his pleas of guilty.

USP to prepare PSIR.